Prepared by:
ERIC R. PERKINS, ESQ., *Pro Se*
Chapter 7 Trustee
40 West Ridgewood Avenue
Ridgewood, New Jersey 07450
Telephone: 201-445-6722
Facsimile: 201-445-5376
Email: eperkins@mdmc-law.com

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| VAN PEENEN'S DAIRY, INC., ET AL | Jointly Administered |
| Debtors. | Case No. 12-20820 (RG) |
| | Chapter 7 Proceeding |
| | Honorable Rosemary Gambardella, U.S.B.J. |
| | Hearing Date: June 6, 2017 at 10:00 a.m. |

### NOTICE OF CHAPTER 7 TRUSTEE'S MOTION SEEKING ENTRY OF AN ORDER APPROVING THE SALE OF CERTAIN ASSETS OF THE DEBTORS' ESTATES FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND RELATED RELIEF

**PLEASE TAKE NOTICE** that on June 6, 2017, or as soon thereafter as counsel may be heard, Eric R. Perkins, Chapter 7 trustee (the "Trustee") for the estates of Van Peenen's Dairy, Inc. and Van Peenen Property LLC (collectively, the "Debtors"), will move before the Honorable Rosemary Gambardella, at the United States Bankruptcy Court (the "Court"), 50 E. Walnut Street, 3rd Floor, Newark, New Jersey 07102, for the entry of an order approving the sale of certain assets of the Debtors' estates to Oak Point Partners, Inc. free and clear of liens, claims, interests, and encumbrances pursuant to 11 U.S.C. §§ 105 and 363 and granting such other and further relief that the Courts deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of the Trustee's motion, the

undersigned shall rely upon the certification and memorandum of law submitted herewith pursuant to D.N.J. LBR 9013-1(a)(3).

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-2, responsive papers, if any, must be filed with the Clerk of the Bankruptcy Court at Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, P.O. Box 1352, Newark, New Jersey 07101-1352, and served upon (i) the Trustee at 40 Wests Ridgewood Ave., Ridgewood, New Jersey 07450, Attn: Eric R. Perkins, Esq., Chapter 7 Trustee; and (ii) Office of the United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102, no later than seven (7) days prior to the hearing date.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, the Trustee's motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-3 and the relief sought herein may be granted without a hearing.

ERIC R. PERKINS, ESQ., *Pro Se*
Chapter 7 Trustee

By: /s/Eric R. Perkins
ERIC R. PERKINS

Dated: May 3, 2017